AO 442

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Rafael Machuca-Preciado

**WARRANT FOR ARREST**

Case Number: 18-cr-04505-JAH-1

### NOT FOR PUBLIC VIEW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Rafael Machuca-Preciado___
                                                  Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):
See Petition

*RECEIVED 2022 MAY -6 PM 2:11 U.S. MARSHALS-S/CA*

In violation of Title ___See Above___ United States Code, Section(s) _____

John Morrill
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

s/ M. Fujita
Signature of Deputy

05/06/2022 San Diego, CA
Date and Location

Bail fixed at $ ___No Bail___   by   The Honorable John A. Houston
                                      Name of Judicial Officer

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

PROB 12C(D) (05/17)

May 4, 2022
pacts id: 5496483

## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Petition for Warrant or Summons for Offender Under Supervision and Transfer of Jurisdiction

**Name of Offender:** Rafael Machuca-Preciado (Spanish)  **Dkt No.:** 18CR04505-001-JAH

**Reg. No.:** 29863-408

**Name of Sentencing Judicial Officer:** The Honorable John A. Houston, Senior U.S. District Judge

**Original Offense:** 8 U.S.C. § 1326(a) and (b), Removed Alien Found in the United States, a Class C felony

**Date of Sentence:** February 19, 2019

**Sentence:** One year's and one day's custody; three years' supervised release. *(Special Conditions: If deported, excluded or allowed to voluntarily return to country or origin, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry into the United States; supervision waived upon deportation, exclusion, or voluntary departure.)*

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** November 26, 2019

**Asst. U.S. Atty.:** Mario Joseph Peia      **Defense Counsel:** Kenneth McMullan (Appointed) (858) 401-0669

**Prior Violation History:** None.

---

### PETITIONING THE COURT

### TO ISSUE A NO-BAIL BENCH WARRANT AND TRANSFER OF JURISDICTION

RECEIVED
U.S. MARSHALS-S/CA
2022 MAY -6 PM 2: 11

PROB 12C(D)
Defendant: Rafael MACHUCA-Preciado  May 4, 2022
Docket No.: 18CR04505-001-JAH  Page 2

The probation officer believes that the offender has violated the following condition(s) of supervision:

| **CONDITION(S)** | **ALLEGATION(S) OF NONCOMPLIANCE** |
|---|---|
| **(Mandatory Condition)** Not commit another federal, state, or local crime. *(mv1)* | 1. On March 4, 2022, Mr. Machuca-Preciado, a previously deported or removed alien, was found in the United States illegally, the conduct of which is in violation of 8 U.S.C. § 1326, as evidenced by the indictment filed in the United States District Court, Eastern District of Washington, Dkt. No. 22CR00042-001-MKD. |
| | 2. On March 4, 2022, Mr. Machuca-Preciado illegally reentered or attempted to reenter the United States, the conduct of which is in violation of 8 U.S.C. § 1325, as evidenced by the indictment filed in the United States District Court, Eastern District of Washington, Dkt. No. 22CR00042-001-MKD. |

**Grounds for Revocation:** As to allegations 1 and 2, I received and reviewed the complaint with probable cause statement and indictment filed in the United States District Court, Eastern District of Washington, Dkt. No. 22CR00042-001-MKD, which confirm the following: On the above date, the offender was arrested by law enforcement officers in Grant County, Washington, and fingerprinted. Immigration and Customs Enforcement (ICE) obtained the Grant County Jail fingerprints, which were positively identified as the same fingerprints as that of Rafael Machuca-Preciado, a citizen of Mexico, who does not possess the proper immigration documents allowing him to enter or remain in the United States legally. Records revealed the offender was deported from the United States on November 27, 2019, at San Ysidro, California.

As indicated in the probable cause statement in support of the complaint, the offender had not applied for nor had received permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security, to lawfully enter the United States subsequent to removal.

On April 5, 2022, an indictment was filed in the United States District Court, Eastern District of Washington, Dkt. No. 22CR00042-001-MKD, charging the offender with 8 U.S.C. § 1326, Alien in the United States After Deportation. On April 7, 2022, an order of detention was issued by Magistrate James P. Hutton. A Jury Trial has been set for June 13, 2022.

Additionally, the probation office in the Eastern District of Washington has agreed to accept the transfer of jurisdiction to address the violation conduct in the district where the violation occurred. Our office concurs in order to preserve judicial resources. If the Court is inclined to proceed with the transfer of jurisdiction, the Probation Form 22 is included for signature in Part 1, Order Transferring Jurisdiction.

**U.S. Probation Officer Recommendation:** If found in violation, that supervised release be revoked and the offender be sentenced to 18 months' custody with no supervised release to follow, consecutive to any sentence he may be serving, pursuant to USSG §7B1.3(f), p.s. (An Expanded Violation Worksheet, 12CW(d), has been attached for the Court's review.)

PROB 12C(D)
Defendant: Rafael MACHUCA-Preciado
Docket No.: 18CR04505-001-JAH

May 4, 2022
Page 3

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: May 4, 2022

Respectfully submitted:
DANIEL J. KILGORE
CHIEF PROBATION OFFICER

by *[signature]*
Lisa Cabe
U.S. Probation Officer
(619) 557-6530

Reviewed and approved:

*[signature]*
Marc W. Ryan
Supervisory U.S. Probation Officer

bmc

PROB 12CW(D)                                                                                      May 4, 2022

# EXPANDED VIOLATION WORKSHEET

1. **Defendant:** MACHUCA-Preciado, Rafael

2. **Docket No. (Year-Sequence-Defendant No.):** 18CR04505-001-JAH

3. **List Each Violation and Determine the Applicable Grade** (*See* USSG § 7B1.1):

   | Violation(s) | Grade |
   |---|---|
   | Deported Alien Found in the U.S. | B |
   | Illegal Entry/Attempted Reentry | C |

4. **Most Serious Grade of Violation** (*See* USSG § 7B1.1(b))  [ B ]

5. **Criminal History Category** (*See* USSG § 7B1.4(a))  [ IV ]

6. **Statutory Maximum Term** (*Custody*) (*See* 18 U.S.C. § 3583(e)(3))
   Upon finding of a violation, the court may modify the conditions of supervision; extend the term if less than the maximum authorized term was previously imposed); or revoke the term of supervised release. If the court revokes supervised release, the maximum term of imprisonment upon revocation is:  [ 24 months ]

7. **Range of Imprisonment** (*Custody*) (See USSG § 7B1.4(a))
   A Grade B violation with a Criminal History Category IV establishes an imprisonment range of:  [ 12 to 18 months ]

8. **Statutory Maximum Term** (*Supervised Release*) (See 18 U.S.C. § 3583(b))

   If supervised release is revoked and a term of imprisonment is imposed that is less than the maximum term of imprisonment imposable upon revocation, the court can reimpose supervised release upon release from custody. The length of such a term shall not exceed the term of supervised release authorized by statute for the offense that resulted in the original term of supervised release, less any term of imprisonment upon revocation. In this case, the court has the authority to reimpose a term of:  [ 36 months ]

9. **Recommendation:**  [ 18 months' custody, consecutive to any other sentence being served. *See USSG § 7B1.3(f)*- w/ no supervised release to follow ]

PROB 12C(D)

| | |
|---|---|
| Defendant: Rafael MACHUCA-Preciado | May 4, 2022 |
| Docket No.: 18CR04505-001-JAH | Page 5 |

## THE COURT ORDERS:

\_\_\_\_\_ A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE CAUSE TO BRING THE OFFENDER BEFORE THE COURT TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS, AND UPON APPROVAL OF TRANSFER OF JURISDICTION (PROB 22) FROM THE EASTERN DISTRICT OF WASHINGTON, JURISDICTION TO BE TRANSFERRED. THE PETITION AND THE WARRANT WILL BE SEALED UNTIL THE OFFENDER HAS BEEN ARRESTED ON THE WARRANT AND THEN THE PETITION AND WARRANT MAY BE UNSEALED. NOTWITHSTANDING THE SEALING, A COPY OF THE PETITION AND WARRANT WILL BE GIVEN TO THE U.S. MARSHAL FOR USE BY LAW ENFORCEMENT.

(Currently detained at Spokane County Jail in Spokane, Washington, under booking number 220004576.)

**X** A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE CAUSE TO BRING THE OFFENDER BEFORE THE COURT TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS; JURISDICTION TO REMAIN IN THE SOUTHERN DISTRICT OF CALIFORNIA. THE PETITION AND THE WARRANT WILL BE SEALED UNTIL THE OFFENDER HAS BEEN ARRESTED ON THE WARRANT AND THEN THE PETITION AND WARRANT MAY BE UNSEALED. NOTWITHSTANDING THE SEALING, A COPY OF THE PETITION AND WARRANT WILL BE GIVEN TO THE U.S. MARSHAL FOR USE BY LAW ENFORCEMENT.

\_\_\_\_\_ Other _____

_/s/ John A. Houston_
The Honorable John A. Houston
Senior U.S. District Judge

5/6/2022
Date